Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Lacy Rose

          Plaintiff(s),

v.

Equifax, Inc., et al.

          Defendant(s).

Case No: 3:17-cv-00419-M

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher A. Ferguson, an active member in good standing of the bar of Indiana Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Trans Union, LLC in the above-entitled action. My local co-counsel in this case is David Streza, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN 46077 | Vogl Meredith Burke, LLP, 456 Montgomery Street, 20th Floor, San Francisco, CA 94104 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (317) 363-2400 | (415) 398-0200 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| cferguson@schuckitlaw.com | dstreza@vmbllp.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 27833-49.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/07/17                                           Christopher A. Ferguson
                                                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Christopher A. Ferguson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 9, 2017

                                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# SUPREME COURT OF THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

_____CHRISTOPHER AARON FERGUSON_____

is a member of the bar of said Court since admission on ___October 17, 2008___ , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this __18th__ day of __October__ , 20__16__.

_____
GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA