Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Lacy Rose )
) Case No: 3:17-cv-00419-M
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Equifax, Inc., et. al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Ethan G. Ostroff, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: First Data Merchant Services, LLC in the above-entitled action. My local co-counsel in this case is Jessica R. Lohr, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 222 Central Park Avenue, Suite 2000 | 11682 El Camino Real, Suite 400 |
| Virginia Beach, VA 23462 | San Diego, CA 92130 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (757) 687-7541 | (858) 509-6044 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ethan.ostroff@troutmansanders.com | jessica.lohr@troutmansanders.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 71610.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/27/17

Ethan G. Ostroff
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ethan G. Ostroff is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 27, 2017

*[signature]*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

## ETHAN GEOFFREY OSTROFF

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2005.

I further certify that so far as the records of this office are concerned, ETHAN GEOFFREY OSTROFF is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 20th day of January

A.D. 2017

By: _____

*Deputy Clerk*