IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-00419-MMC<br><br>**ORDER DIRECTING DEFENDANT FIRST DATA MERCHANT SERVICES, LLC TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

On March 27, 2017, defendant First Data Merchant Services, LLC ("First Data") electronically filed its "Answer and Affirmative Defenses to Plaintiff's Complaint." First Data has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

First Data is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. First Data is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: April 10, 2017

MAXINE M. CHESNEY
United States District Judge