Christopher A. Ferguson, Esq. (IN #27833-49)
　(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LACY ROSE,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX, INC.; TRANSUNION, LLC; FIRST DATA MERCHANT SERVICES, LLC; TD BANK USA, NATIONAL ASSOCIATION; and DOES 1 THROUGH 100 INCLUSIVE;<br>　　　　Defendants. | CASE NO. 3:17-cv-00419-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiff Lacy Rose ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00419-MMC**

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Date: May 8, 2017 | | s/ Elliot W. Gale (with consent) |

Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299
E-Mail:  sjsagaria@sagarialaw.com
          egale@sagarialaw.com

*Counsel for Plaintiff, Lacy Rose*

Date: May 8, 2017                         *s/ Christopher A. Ferguson*

Christopher A. Ferguson, Esq.
  (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00419-MMC**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: May 8, 2017

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Elliot Wayne Gale, Esq. <br> egale@sagarialaw.com | Ellen B. Silverman, Esq. <br> esilverman@hinshawlaw.com |
| Scott Joseph Sagaria, Esq. <br> sjsagaria@sagarialaw.com | Ethan Geoffrey Ostroff, Esq. <br> ethan.ostroff@troutmansanders.com |
| David J. Streza, Esq. <br> dstreza@vmbllp.com | Jessica Rose Ellis Lohr, Esq. <br> jessica.lohr@troutmansanders.com |
| Christopher Ferguson, Esq. <br> cferguson@schuckitlaw.com | Renee Choy Ohlendorf, Esq. <br> rchoy@hinshawlaw.com |
| Thomas P. Quinn, Jr., Esq. <br> tquinn@nokesquinn.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00419-MMC**

Page 3 of 3