IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY ROSE,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., et al.,<br><br>        Defendants. | Case No. 17-cv-00419-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of defendant TD Bank USA, National Association's pending motion to dismiss, filed June 5, 2017, and noticed for hearing on September 22, 2017, the Initial Case Management Conference previously scheduled for June 16, 2017, is hereby CONTINUED to October 20, 2017, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than October 13, 2017.

**IT IS SO ORDERED.**

Dated: June 7, 2017

MAXINE M. CHESNEY
United States District Judge