Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Lacy Rose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| LACY ROSE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>Defendants. | Federal Case No.: 3:17-CV-00419-MMC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Lacy Rose and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: June 22, 2017 | | Sagaria Law, P.C. |
| | By: | _/s/ Elliot W. Gale_ |
| | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| | | Lacy Rose |

| | | |
|---|---|---|
| DATED: June 22, 2017 | | Nokes & Quinn |
| | By: | _/s/ Thomas P. Quinn, Jr._ |
| | | Thomas P. Quinn, Jr. |
| | | Attorneys for Defendant |
| | | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 22, 2017

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE